**96–1173.** Altier v. Fed. Correctional Inst., Inc. In Habeas Corpus. Reported at 75 Ohio St.3d 1491, 664 N.E.2d 948. Upon consideration of petitioner's motion for reconsideration, constructive notice and demand,

IT IS ORDERED by the court that the motion for reconsideration in this case be, and hereby is, denied.

## MISCELLANEOUS DISMISSALS